FILED

DEC 19 2024

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SUPERSEDING INDICTMENT |
| Plaintiff, | ) |
| | ) CHIEF JUDGE SARA LIOI |
| v. | ) CASE NO. 5:24CR403 |
| MATTHEW G. ANDERSON, AUSTIN D. HOTTINGER, ISAIAH D.C. HOPKINS, | ) Title 18, United States Code, Sections 922(g)(1) and (k), 924(a)(1)(B), (a)(8), and (c)(1)(A)(iii), 1201(a)(1), 1512(b)(1), 1951(a) and 2119(1) |
| Defendants. | ) |

GENERAL ALLEGATIONS

The Grand Jury charges:

1. At all times material to this Indictment, the North Side Saloon was a business located in the Northern District of Ohio, Eastern Division, and was engaged in the retail sale of articles and commodities that had moved in interstate commerce, including food items and alcoholic beverages.

COUNT 1
(Carjacking, 18 U.S.C. § 2119(1))

The Grand Jury further charges:

2. On or about September 13, 2024, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW G. ANDERSON did take a motor vehicle, to wit: a 2018 Ford F-150 pickup truck bearing Ohio registration JOK3110, that had been transported, shipped, and received in interstate and foreign commerce, from the person and presence of G.L., a person

known to the grand jury, by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

COUNT 2
(Using and Carrying a Firearm During and in Relation to a Crime of Violence,
18 U.S.C. §§ 924(c)(1)(A)(iii))

The Grand Jury further charges:

3. On or about September 13, 2024, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW G. ANDERSON did knowingly use, carry, and discharge a firearm, to wit: a Ruger model P89 9mm caliber semiautomatic pistol, bearing an obliterated serial number, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Carjacking, as charged in Count 1, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii).

COUNT 3
(Kidnapping, 18 U.S.C. § 1201(a)(1))

The Grand Jury further charges:

4. On or about September 13, 2024, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW G. ANDERSON did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away J.L., a person known to the grand jury, and held J.L. for ransom and reward and otherwise, and did use a means, facility, and instrumentality of interstate and foreign commerce, namely, a motor vehicle, in committing and in furtherance of such offense, in violation of Title 18, United States Code, Section 1201(a)(1).

COUNT 4
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about September 13, 2024, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW G. ANDERSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Possession of Drugs, on or about December 16, 2011, in case number CR-11-554881-A, in the Court of Common Pleas of Cuyahoga County, Ohio, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Ruger model P89 9mm caliber semiautomatic pistol, bearing an obliterated serial number, and ammunition, said firearm and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 5
(Possession of a Firearm with an Obliterated Serial Number,
18 U.S.C. §§ 922(k) and 924(a)(1)(B))

The Grand Jury further charges:

6. On or about September 13, 2024, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW G. ANDERSON, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Ruger model P89 9mm caliber semiautomatic pistol from which the manufacturer's serial number had been removed, altered, and obliterated, said firearm having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

COUNT 6
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

7. From on or about September 9, 2024, through on or about September 20, 2024, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW G. ANDERSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Possession of Drugs, on or about December 16, 2011, in case number CR-11-554881-A, in the Court of Common Pleas of Cuyahoga County, Ohio, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Ruger model Wrangler 22LR caliber revolver, bearing serial number 200-04473, and ammunition, said firearm and ammunition having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 7
(Conspiracy to Commit Hobbs Act Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

8. The General Allegations in paragraph 1 are incorporated by reference as if fully set forth herein.

9. On or about October 29, 2024, in the Northern District of Ohio, Eastern Division, Defendants MATTHEW G. ANDERSON and AUSTIN D. HOTTINGER, knowingly, intentionally and unlawfully agreed and conspired to in any way and degree unlawfully obstruct, delay, and affect commerce, and the movement of an article and commodity by robbery and extortion, as those terms are defined in Title 18, United States Code, Sections 1951(b)(1) and (2), in that ANDERSON and HOTTINGER did unlawfully conspire to take and obtain property, to wit: United States currency that was business proceeds of the North Side Saloon, from the

custody, possession, and presence of J.L., an owner of the North Side Saloon, against J.L.'s will, by means of actual and threatened force, violence, and fear of immediate injury to J.L., in violation of Title 18, United States Code, Section 1951(a).

COUNT 8
(Conspiracy to Commit Hobbs Act Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

10. The General Allegations in paragraph 1 are incorporated by reference as if fully set forth herein.

11. From on or about November 1, 2024, through on or about November 2, 2024, in the Northern District of Ohio, Eastern Division, Defendants MATTHEW G. ANDERSON and ISAIAH D.C. HOPKINS, knowingly, intentionally and unlawfully agreed and conspired to in any way and degree unlawfully obstruct, delay, and affect commerce, and the movement of an article and commodity by robbery and extortion, as those terms are defined in Title 18, United States Code, Sections 1951(b)(1) and (2), in that ANDERSON and HOPKINS did unlawfully conspire to take and obtain property, to wit: United States currency that was business proceeds of the North Side Saloon, from the custody, possession, and presence of J.L., an owner of the North Side Saloon, against J.L.'s will, by means of actual and threatened force, violence, and fear of immediate injury to J.L., in violation of Title 18, United States Code, Section 1951(a).

COUNT 9
(Attempted Tampering with a Victim by Intimidation, 18 U.S.C. § 1512(b)(1))

The Grand Jury further charges:

12. From on or about November 1, 2024, through on or about November 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW G. ANDERSON knowingly attempted to intimidate J.L., a victim of the kidnapping offense charged in Count 3,

by encouraging Isaiah D.C. Hopkins, named but not charged herein, to take and obtain property from the custody, possession, and presence of J.L. against J.L.'s will by means of actual and threatened force, violence, and fear of immediate injury to J.L., with the intent to influence, delay, and prevent the testimony of J.L. in an official proceeding, to wit: the prosecution of MATTHEW G. ANDERSON for the kidnapping of J.L. which occurred on September 13, 2024, in violation of Title 18, United States Code, Section 1512(b)(1).

FORFEITURE

The Grand Jury further charges:

13. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1, 2, 4, 5, and 6, are incorporated herein by reference. As a result of foregoing offenses, Defendant MATTHEW G. ANDERSON shall forfeit to the United States, any and all firearms and ammunition involved in or used in the commission of the offenses charged in Counts 1, 2, 4, 5, and 6; including, but not limited to, the following:

A. Ruger model P89 9mm caliber semiautomatic pistol, No Serial Number.
B. Ruger model Wrangler 22LR caliber revolver, bearing serial number 200-04473, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.